JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN C. GUZMAN, | ) | NO. SA CV 21-1518-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| B. CATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 20, 2021.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE